United States District Court
Southern District of Texas
**ENTERED**
November 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN RIKKE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-02752 |
| | § | |
| CATHEXIS HOLDINGS LP, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT**

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 19th day of November, 2018.

Kenneth M. Hoyt
United States District Judge